# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| WILLIAM JUSTIN BYRUM )<br>)<br>Plaintiff )<br>)<br>v. )<br>` )<br>CITY OF SODDY-DAISY, TENNESSEE; and )<br>OFFICER JEFFERY JON RAHN, individually )<br>and in his official capacity )<br>)<br>Defendants ) | No. 1:20-cv-00099<br><br>JURY DEMAND<br><br>McDonough/Lee |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES
## OF DEFENDANT, CITY OF SODDY-DAISY, TENNESSEE

Comes Defendant, City of Soddy-Daisy, Tennessee, through by and through its attorneys, and provides the Court with notice that Defendant's Rule 26 Initial Disclosures were served upon Plaintiff's counsel, Clayton M. Whittaker, via U.S. Mail on this the 16th day of September, 2020.

Respectfully submitted this 16th day of September, 2020.

                                                CITY OF SODDY-DAISY, TENNESSEE

                                                By:    s/ *Ronald D. Wells*
                                                        Ronald D. Wells, BPR# 011185
                                                        Robinson, Smith & Wells, PLLC
                                                        Suite 700, Republic Centre
                                                        633 Chestnut Street
                                                        Chattanooga, TN    37450
                                                        Telephone:    (423) 756-5051
                                                        rwells@rswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 16th day of September, 2020.

                Robinson, Smith & Wells, PLLC

                By: *s /Ronald D. Wells*

cc: Clayton M. Whittaker, Attorney
   McKoon, Williams, Atchley & Stulce, PLLC
   633Chestnut Street, Suite 1500
   Chattanooga, TN 37450
   *Attorney for Plaintiff*

   Reid A. Spaulding, Attorney
   Watson, Roach, Batson & Lauderback, PLC
   P.O. Box 131
   Knoxville, TN 37901-0131
   *Attorney for Defendant, Jeffery Jon Rahn*

dlw/091520/RDW/sdbyrum.notice of service of initial disclosures